IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| ROBERT DYE | * | |
| 321 Liddell Road | | |
| Colora, Maryland 21917 | * | |
| | | |
| Plaintiff | * | |
| v. | | |
| | * | |
| KYLE A. PHILLLIPS | | |
| 3701 Conshohocken Avenue | * | |
| Philadelphia, Pennsylvania 19131 | | CIVIL ACTION NO. |
| | * | |
| And | | |
| | * | |
| QUAKER VALLEY FOODS, INC. | | |
| 2701 Red Lion Road | * | |
| Philadelphia, Pennsylvania 19154 | | |
| Serve On:  Wayne Hudis, President | * | |
| | | |
| And | * | |
| | | |
| MILLER AUTO LEASING CO | * | |
| 256 Murphy Road, Building A | | |
| Hartford, Connecticut 06114 | * | |
| Serve On:  Resident Agent – | | |
| CT Corporation System | * | |
| 67 Burnside Avenue | | |
| East Hartford, Connecticut 06108 | * | |
| | | |
| Defendants | * | |

**************************************************************************

## COMPLAINT

Now comes the Plaintiff, Robert Dye by counsel, Mark Rosasco and Hyatt & Weber P.A., and files suit against Kyle A. Phillips, Quaker Valley Foods, Inc. and Miller Auto Leasing Co.  and for reasons states:

## INTRODUCTION

1.    Plaintiff Robert Dye, (hereinafter referred to as "Plaintiff") resides at 321 Liddell Road, Colora, Maryland 21917.

2.    Upon information and belief Defendant Kyle A. Phillips (hereinafter referred to as "Defendant Phillips") resides at 3701 Conshohocken Avenue, Philadelphia, Pennsylvania 19131.

3.    Upon information and belief the vehicle the Defendant Phillips was operating at the time of the occurrence was leased by Quaker Valley Foods, Inc. or Defendant Phillips from Miller Auto Leasing Co.

4.    Upon information and belief Defendant Phillips was employed by Quaker Valley Foods, Inc. at the time of the occurrence.

5.    This court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332, and venue is proper pursuant to 28 U.S.C. §1391 when the amount in controversy is over its required threshold of Seventy-five Thousand ($75,000.00) Dollars.

6.    On or about August 19, 2022 Plaintiff was traveling northbound on interstate 95 in Baltimore County, Maryland.

7.    At the same time and place, Defendant Phillips, operating a vehicle owned by Miller Auto Leasing Co., and while employed by Defendant Quaker Valley Foods, Inc. entered into the Plaintiff's lane of travel and collided with his vehicle.

## COUNT I – NEGLIGENCE KYLE A. PHILLIPS

8.    Plaintiff adopts by reference the allegations and averments contained in the preceding paragraphs with the same effect as if herein fully set forth.

9.    Defendant Phillips operated his vehicle in a negligent manner in that he:

a.   Failed to yield the right-of-way to Plaintiff's vehicle;

b.   Failed to reduce speed in time to avoid a collision;

c.   Failed to maintain proper and adequate control of his motor vehicle;

d.   Failed to keep a proper lookout for other vehicles lawfully upon the highway as to his perspective course of travel;

e.   Failed to steer his motor vehicle in a manner and in time to avoid a collision;

f.   Failed to observe due care and precaution for the safety of other vehicles and their occupants;

g.   Operated, managed and controlled his motor vehicle in a careless and dangerous manner under the circumstances then and there existing;

h.   Operated, managed and controlled his motor vehicle in a careless and dangerous manner when approaching the Plaintiff's vehicle causing his vehicle to strike the Plaintiff's vehicle;

i.   and in all other respects Defendant Phillips was negligent.

10.   Defendant Phillips owed Plaintiff a duty of care to operate his vehicle in a proper fashion, and breached this duty of care by failing to operate his vehicle in a safe and proper manner.

11.   Defendant Phillips' negligence proximately caused Plaintiff to suffer serious permanent injuries and to suffer great mental anguish.

12.   That as a further result of the negligence of the Defendant Phillips, the Plaintiff was caused to incur indebtedness to doctors, x-ray technicians and other medical specialists, for treatment of his injuries.

13.   That all of the foregoing injuries, damages and losses were the result of the

carelessness, recklessness and negligence of the Defendant Phillips and were not, in any way, attributable to Plaintiff, who not in any way negligent or contributorily negligent either directly or indirectly.

WHEREFORE, Plaintiff Robert Dye brings this suit against the Defendant, Kyle A. Phillips and demands an amount greater than Seventy-five Thousand ($75,000.00) Dollars, plus costs.

## COUNT II – RESPONDEAT SUPERIOR, AGENCY, EMPLOYER/EMPLOYEE QUAKER VALLEY FOODS, INC.

14.    Plaintiff adopts by reference the allegations and averments contained in the preceding paragraphs with the same effect as if herein fully set forth.

15.    At the time of the occurrence which is the subject of this action, Defendant Phillips was employed by Quaker Valley Foods, Inc. and Defendant Phillips was acting within the scope of his duties.

16.    That pursuant to the legal theory of *respondeat superior* including employer/employee and agency Defendant Quaker Valley Foods is liable for the negligent acts that its employee Defendant Phillips committed while within the scope of his employment.

17.    That as a direct and proximate result of the negligence that the employee of Defendant Quaker Valley Foods committed within the scope of employment Plaintiff suffered compensable damages as delineated above.

18.    Plaintiff was not contributorily negligent and did not assume the risk.

WHEREFORE, Plaintiff Robert Dye brings this suit against the Defendant, Quaker Valley Foods, Inc. and demands an amount greater than Seventy-five Thousand ($75,000.00) Dollars, plus costs.

## COUNT III – RESPONDEAT SUPERIOR AGENCY, EMPOYER/EMPLOYEE

## MILLER AUTO LEASING CO.

19.    Plaintiff adopts by reference the allegations and averments contained in the preceding paragraphs with the same effect as if herein fully set forth.

20.    Upon information and belief, at the time of the occurrence, Defendant Phillips was operating a vehicle owned by Miller Auto Leasing Co.

21.    There is a presumption of negligence for Defendant Phillips back to the vehicle owner Defendant Miller Auto Leasing Co.

22.    That as a direct and proximate result of the negligence of Defendant Phillips such negligence is imputed to the vehicle owner Defendant Miller Auto Leasing Co.

23.    That as a direct and proximate result of the negligence of Defendant Phillips Plaintiff suffered compensable damages as delineated above.

24.    Plaintiff was not contributorily negligent and did not assume the risk.

WHEREFORE, Plaintiff Robert Dye brings this suit against the Defendant, Miller Auto Leasing Co. and demands an amount greater than Seventy-five Thousand ($75,000.00) Dollars, plus costs.

Respectfully submitted,

Mark Rosasco (Bar No. 07470)
HYATT & WEBER, P.A.
200 Westgate Circle, Suite 500
Annapolis, Maryland 21401
Telephone:       (410) 266-0626
Facsimile:       (410) 841-5065
Email:           mrosasco@hwlaw.com
*Attorney for Plaintiff*